IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY ANN RODRIGUEZ,

    Plaintiff,

v.                          No. 12-cv-1285 SMV

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

    Defendant.

### ORDER GRANTING MOTION TO EXTEND BRIEFING DEADLINES

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Extend Briefing Deadlines [Doc. 15], filed July 23, 2013.  Plaintiff's request that all briefing deadlines set forth in the Court's Order Setting Briefing Schedule [Doc. 14] be extended by two weeks.  The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Unopposed Motion to Extend Briefing Deadlines [Doc. 15] is **GRANTED** and that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum no later than **August 13, 2013**;

2. Defendant shall file a Response no later than **October 8, 2013**;

3. Plaintiff may file a reply no later than **November 5, 2013**;

4. All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

5. All requests for extension of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**