IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY ANN RODRIGUEZ,

    Plaintiff,

    v.                                    No. 12-cv-1285 SMV

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

    Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for Rehearing, with Supporting Memorandum [Doc. 17] in an order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff, the final decision of the Commissioner is reversed, and the case is remanded to the Commissioner for further proceedings.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**